**Order entered January 27, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01275-CR

**RAMON MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F16-53661-H

## ORDER

The clerk's record was filed December 12, 2016.  Missing from the clerk's record is the trial court's certification of appellant's right to appeal.  We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's rule 25.2 certification of appellant's right to appeal.

/s/     ADA BROWN
JUSTICE